■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN VILLANTE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 17, 1979, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed and the case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). While we affirm the judgment of conviction due to the overwhelming proof of guilt, we observe that the prosecution should not have elicited from the two police witnesses that the defendant was the individual identified by the complaining witness (see *People v Trowbridge,* 305 NY 471). We have considered the other points raised by the defendant and have found them to be without merit. Mollen, P. J., Lazer, Cohalan and Gibbons, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WISOTSKY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 28, 1978, convicting him of grand larceny in the third degree upon a plea of guilty, and imposing sentence. Judgment affirmed. There is no evidence that defendant was incompetent at the time of the plea. Therefore, it cannot be said that the court abused its discretion in failing to order a competency hearing *sua sponte* (see *People v Lacher,* 59 AD2d 725; *People v Rivera,* 50 AD2d 805). Mollen, P. J., Lazer, Cohalan and Gibbons, JJ., concur.

# (November 26, 1979)

■ LOUISE BOCHYNSKI et al., Respondents, v CENTRAL GENERAL HOSPITAL, Appellant, et al., Defendants.—Order of the Supreme Court, Nassau County, dated August 21, 1978, affirmed, with $50 costs and disbursements (see *Patterson v Jewish Hosp. & Med. Center of Brooklyn,* 94 Misc 2d 680, affd 65 AD2d 553). Hopkins, J. P., Damiani, O'Connor, Lazer and Mangano, JJ., concur.